UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LSR GLOBAL INC., *Plaintiff*, | § | |
| v. | § | Civil Action No. 3:26-CV-1502-X |
| US BANK TRUST COMPANY NATIONAL ASSOCIATION and PHH MORTGAGE SERVICES, *Defendants*. | § | |

**MEMORANDUM OPINION AND ORDER AND FINAL JUDGMENT**

Under Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff LSR Global Inc.'s case against Defendants US Bank Trust Company National Association and PHH Mortgage Services for failure to prosecute its case.

On July 13, 2026, the Court granted Defendant PHH Mortgage Services' (PHH) motion to dismiss and granted LSR Global leave to file an amended complaint within 28 days of this order.[1] The Court warned LSR Global that failure to file an amended complaint would result in the Court issuing a final judgment dismissing this case without prejudice.[2] LSR Global failed to amend its complaint.

Rule 41(b) allows the Court to "dismiss the action or any claim against" the defendant if "the plaintiff fails to prosecute or to comply with these rules or a court

[1] Doc. 6 at 4.

[2] *Id.*

order."[3] Dismissal under Rule 41(b) may be *sua sponte*, but it may be with prejudice "only if the failure to comply with the court order was the result of purposeful delay or contumaciousness and the record reflects that the district court employed lesser sanctions before dismissing the action."[4]

What is clear is that dismissal is appropriate under Rule 41(b) because LSR Global has failed to prosecute its case and it and its attorney have disobeyed the Court's orders. The more difficult inquiry is whether that dismissal should be with prejudice or without prejudice. The Court, in its discretion, notes that despite LSR Global and his lawyer's failures, the record lacks the findings of purposeful delay or contumaciousness and the Court has not already imposed the lesser sanctions necessary to warrant dismissal with prejudice—the heightened standard for dismissal with prejudice that Rule 41(b) requires. Therefore, under Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** LSR Global's case against Defendants US Bank Trust Company National Association and PHH Mortgage Services for LSR Global's failure to prosecute its case and it and its lawyer's failure to comply with the Court's orders.

This is a final judgment. The Clerk's office is directed to close the case.

**IT IS SO ORDERED** this 13th day of August, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

[3] FED. R. CIV. P. 41(b).

[4] *Long v. Simmons*, 77 F.3d 878, 879–80 (5th Cir. 1996).